PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
ANDI MILLARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

    Plaintiff,

v.

CHINA CHEF RESTAURANT, et al.,

    Defendants.

_____

CASE NO. C 07-04602 JCS
<u>Civil Rights</u>

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 13, 2007    PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

/s/ Julie Ostil_____
Attorneys for Plaintiff
ANDI MILLARD

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Consent to Proceed Before a U.S. Magistrate
Judge, Case No. C 07-04602 JCS

– 1 –

s:\jo\cases\c\china chef\pleadings\n. dist consent to magistrate judge.doc