| Attorney or Party without Attorney:<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA  94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: MILLARD
Defendant: CHINA CHEF RESTAURANT

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704602JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Guidelines, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge (Signed), Letter Dated September 13, 2007, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title IiI, Standing Order, Notice Of Rule Discontinuing Service By Mail, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. a. Party served:            JOHN TANG
   b. Person served:          XU ZHANG- CASHIER

4. Address where the party was served:   676 EL CAMINO REAL
                                          San Carlos, CA  94070

5. I served the party:
   b. by substituted service. On: Mon., Sep. 24, 2007 at: 1:26PM by leaving the copies with or in the presence of:
      XU ZHANG- CASHIER
      (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. Person Who Served Papers:                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PARRISH SCOTT                                 d. The Fee for Service was:   $70.00
                                                    e. I am: (3) registered California process server
   
   1280 BOULEVARD WAY #205                              (i)   Independent Contractor
   WALNUT CREEK, CA 94595                               (ii)  Registration No.:    816
   (925) 947-3470                                       (iii) County:              Alameda
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Sep. 27, 2007

   Judicial Council Form              PROOF OF SERVICE                    (PARRISH SCOTT)
   Rule 982.9.(a)&(b) Rev January 1, 2007    SUM-CIVI/CASE & COMP                         reinpr.8334

| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-832-5001    FAX: No: 510-832-4787 | Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | |
| Plaintiff: MILLARD | | |
| Defendant: CHINA CHEF RESTAURANT | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C0704602JCS |
|---|---|---|---|---|

1. I, PARRISH SCOTT, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOHN TANG as follows:

2. Documents: Summons In A Civil Case And Complaint, Guidelines, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge (Signed), Letter Dated September 13, 2007, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Notice Of Rule Discontinuing Service By Mail, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 09/20/07 | 2:44pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: PARRISH SCOTT. Attempt at: 676 EL CAMINO REAL San Carlos CA 94070. |
| Fri | 09/21/07 | 10:58am | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: PARRISH SCOTT. Attempt at: 676 EL CAMINO REAL San Carlos CA 94070. |
| Mon | 09/24/07 | 1:26pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: PARRISH SCOTT. Attempt at: 676 EL CAMINO REAL San Carlos CA 94070. |
| Mon | 09/24/07 | 1:26pm | Business | Substituted Service on: JOHN TANG Business - 676 EL CAMINO REAL San Carlos, CA. 94070 by Serving: XU ZHANG- CASHIER a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: PARRISH SCOTT |

3. Person Executing
   a. PARRISH SCOTT
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. .925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was: $70.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    816
      (iii) County:    Alameda

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Sep. 27, 2007          AFFIDAVIT OF REASONABLE DILIGENCE   (PARRISH SCOTT)        reinpr.8334

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   FAX No: 510-832-4787 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: MILLARD | | | | |
| Defendant: CHINA CHEF RESTAURANT | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704602JCS |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint , Guidelines, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge (Signed), Letter Dated September 13, 2007, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Notice Of Rule Discontinuing Service By Mail, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Sep. 27, 2007
   b. Place of Mailing:         Walnut Creek, CA 94595
   c. Addressed as follows:     JOHN TANG
                                676 EL CAMINO REAL
                                San Carlos, CA 94070

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Sep. 27, 2007 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STEPHANIE BROWNE                       d. *The Fee for Service was:*   $70.00
   b. One Hour Delivery Service              e. I am: (3) registered California process server
      1280 Boulevard Way #205                    *(i)*   Employee
      Walnut Creek, CA 94595                     *(ii) Registration No.:*     641
   c. 925-947-1100, FAX 925-947-3480             *(iii) County:*              Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Sep. 27, 2007

                                                                                    (STEPHANIE BROWNE)

Judicial Council Form                          PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007              By Mail                                reinpr.8334