| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff   Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: MILLARD
Defendant: CHINA CHEF RESTAURANT

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0704602JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Guidelines, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge (Signed), Letter Dated September 13, 2007, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Notice Of Rule Discontinuing Service By Mail, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. a. Party served:       EUGENE J. AND BARBARA CASARETTO TRUST (AND EUGENE
                          CASARETTO AND BARBARA CASARETTO AS TRUSTEES)
   b. Person served:      EUGENE J CASARETTO

4. Address where the party was served:   564 ALAMEDA DE LAS PULGAS
                                          San Carlos, CA 94070

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 20, 2007 (2) at: 8:36PM

7. Person Who Served Papers:
   a. MARK KUNKEL



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. The Fee for Service was:   $70.00
e. I am: (3) registered California process server
   (i) Owner
   (ii) Registration No.:   1130
   (iii) County:   Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Sep. 28, 2007

(MARK KUNKEL)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUM-CIVI/CASE & COMP

reinpr.8336