James H. Hartnett, Esq., SBN 84587
Charles J. Smith, Esq., SBN 72700
HARTNETT, SMITH & ASSOCIATES
777 Marshall Street
Redwood City, CA 94063-1818
Telephone: (650) 568-2820
Facsimile: (650) 568-2823

Defendants Eugene and Barbara Casaretto
As Trustees of the Eugene and Barbara Casaretto Trust

UNITED STATES DISTRICT COURT
NORTHERN JURISDICTION OF CALIFORNIA

ANDI MILLARD,

    Plaintiff,

vs.

CHINA CHEF RESTAURANT; ET AL.

    Defendants.

Case No.: C07-04602

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

This Stipulation is entered into by and between Plaintiff Andi Millard, through counsel, and defendants Eugene Casaretto and Barbara Casaretto, Trustees of the Eugene J. and Barbara Casaretto Trust, and Eugene J. and Barbara Casaretto Trust (collectively the "Casaretto Defendants"), through counsel, in connection with the service of the Summons and Complaint in this matter, and the time within which to file an Answer.

1.     Eugene J. Casaretto has been served with the summons and complaint. Barbara Casaretto has not but counsel for the Casaretto defendants is authorized to accept service and respond on her behalf in her capacity as trustee of the Casaretto Trust.

1

DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION

2.   Plaintiff and the Casaretto Defendants agree that the time within which the Casaretto Defendants may answer the complaint in this action is extended to and including November 7, 2007.

3.   Plaintiff and the Casaretto Defendants agree that, if required, an application for an order approving this Stipulation shall be submitted to the court.

SO STIPULATED:

DATED: 10/31/07

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein, Esq.
Attorneys for Plaintiff

DATED: October 29, 2007

HARTNETT, SMITH & ASSOCIATES

By: _____
James H. Hartnett, Attorneys for
Defendants Eugene and Barbara Casaretto
As Trustees of the Eugene and Barbara Casaretto Trust

2

DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION

TOTAL P.03