| | |
|---|---|
| *Attorney or Party without Attorney:* <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> *Telephone No:* 510-832-5001    *FAX No:* 510-832-4787 | *For Court Use Only* |

| | |
|---|---|
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* MILLARD
*Defendant:* CHINA CHEF RESTAURANT

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C0704602JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint , Guidelines, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge (Signed), Letter Dated September 13, 2007, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Notice Of Rule Discontinuing Service By Mail, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Ecf Registration Information Handout

3. *a. Party served:*       ZHANG SIMING, DBA CHINA CHEF

4. *Address where the party was served:*      676 EL CAMINO REAL <br>                                                             San Carlos, CA 94070

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 24, 2007 (2) at: 10:35AM

7. *Person Who Served Papers:*                                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GEORGE LEFEVRE



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

     d. *The Fee for Service was:*    $70.00
     e. I am: (3) registered California process server
         (i) Employee
         (ii) Registration No.:    #308
         (iii) County:    San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Oct. 25, 2007

       Judicial Council Form                        PROOF OF SERVICE                      (GEORGE LEFEVRE)
Rule 982.9.(a)&(b) Rev January 1, 2007         SUM-CIVI/CASE & COMP                                          *reinpr.8792*