James H. Hartnett, Esq., SBN 84587
Charles J. Smith, Esq., SBN 72700
HARTNETT, SMITH & ASSOCIATES
777 Marshall Street
Redwood City, CA 94063-1818
Telephone: (650) 568-2820
Facsimile: (650) 568-2823

Defendants Eugene J. and Barbara Casaretto
As Trustees of the Eugene and Barbara Casaretto Trust, and
the Eugene J. and Barbara Casaretto Trust

# UNITED STATES DISTRICT COURT
# NORTHERN JURISDICTION OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD<br><br>Plaintiff,<br><br>vs.<br><br>CHINA CHEF RESTAURANT; ET AL.<br><br>Defendants. | Case No.: C07-04602 JCS<br><br>ANSWER TO COMPLAINT |

Defendants Eugene J. and Barbara Casaretto Trustees of the Eugene J. and Barbara Casaretto Trust, and the Eugene J. and Barbara Casaretto Trust, (collectively "Casaretto Defendants", or as to the Trust itself "Casaretto Trust") hereby respond to the Complaint in above entitled matter, as follows:

1.  As to paragraph one of the Complaint, Casaretto Defendants admit that plaintiff purports to describe the nature of the case, but on the basis of a lack of information and belief sufficient to admit or deny that plaintiff is a "qualified person" as alleged, denies the same, and denies the remaining allegations.

2.  As to paragraph two of the Complaint, Casaretto Defendants admit that plaintiff has brought the action based upon the statutes alleged, but denies that there is any factual basis establishing any violation of the statutes alleged.

ANSWER (CASARETTO DEFENDANTS)

3. As to paragraph three of the Complaint, Casaretto Defendants admit that the business is located in San Carlos, San Mateo County, California, admit that plaintiff claims that the alleged violations occurred at the location of the business, but denies that there is any factual basis for the allegations.

4. As to paragraph four of the Complaint, the alleged violations occurred, if at all, in San Carlos, San Mateo County, California.

5. As to paragraph five of the Complaint, Casaretto Defendants (i) lack sufficient information and belief so as to admit or deny whether plaintiff is a qualified person as alleged, and on that basis, deny the allegation; (ii) deny that the Casaretto Defendants own or operate the business as alleged; (iii) admit that the Casaretto Trust is an owner of the real property and as such is a lessor; and (iv) deny the remaining allegations.

6. As to paragraph six of the Complaint, Casaretto Defendants lack sufficient information and belief so as to admit or deny the allegations therein, and on that basis deny the allegations.

7. As to paragraph seven of the Complaint, Casaretto Defendants admit that the Casaretto Trust is an owner and lessor of the real property, and that John Tang is a lessee but deny the remaining allegations.

8. As to paragraph eight of the Complaint, Casaretto Defendants admit that the Casaretto Trust is an owner and lessor of the real property and that John Tang is a lessee, and based on lack of sufficient information and belief as to the remaining allegations, deny the same.

9. As to paragraph nine of the Complaint, Casaretto Defendants incorporate their responses to paragraphs one through eight.

ANSWER (CASARETTO DEFENDANTS)

10. As to paragraph ten of the Complaint, Casaretto Defendants lack sufficient information or belief to know whether plaintiff is a member of the public or disabled person whose rights are protected, and on that basis denies the allegations.

11. As to paragraph 11 of the Complaint, Casaretto Defandants deny that any construction, alteration, repairs or additions were undertaken as referenced.

12. As to the allegations of paragraph 12 of the Complaint, Casaretto Defendants lack sufficient information or belief as to admit or deny the allegations and on that basis deny the allegations.

13. As to the allegations of paragraph 12 of the Complaint, Casaretto Defendants lack sufficient information or belief as to admit or deny the allegations and on that basis deny the allegations.

14. As to paragraph 14 of the Complaint, Casaretto Defendants deny that they were under any requirement to make the Restaurant accessible as alleged.

15. As to paragraph 15 of the Complaint, Casaretto Defendants deny that they have violated any law as alleged and further deny that the facilites need to be brought into any compliance.

16. As to paragraph 16 of the Complaint, Casaretto Defendants deny that they have violated any law as alleged and deny that plaintiff is entitled to any damages.

17. As to paragraph 17 of the Complaint, Casaretto Defendants deny that they have violated any law as alleged and deny that plaintiff is entitled to any damages.

18. As to paragraph 18 of the Complaint, Casaretto Defendants deny the allegations.

19. As to paragraph 19 of the Complaint, Casaretto Defendants deny the allegations.

ANSWER (CASARETTO DEFENDANTS)

20. As to paragraph 20 of the Complaint, Casaretto Defendants deny that they have done any acts entitling plaintiff to an injunction, deny that they have wrongfully excluded plaintiff, and deny that plaintiff will in the future be wrongfully excluded.

21. As to paragraph 21 of the Complaint, Casaretto Defendants deny that plaintiff has been damaged and deny that plaintiff is entitled to the relief requested, or any relief.

22. As to paragraph 22 of the Complaint, Casaretto Defendants neither admit nor deny the legal statements contained therein, but deny that they have violated any of the statutes referenced.

23. As to paragraph 23 of the Complaint, Casaretto Defendants deny the allegations.

24. As to paragraph 24 of the Complaint, Casaretto Defendants deny that plaintiff has been damaged and deny that plaintiff is entitled to the relief requested or any relief.

25. As to paragraph 25 of the Complaint, Casaretto Defendants deny that plaintiff is entitled to the relief requested, or any relief.

26. As to paragraph 26 of the Complaint, Casaretto Defendants incorporate their response to paragraphs one through 25.

27. As to paragraph 27 of the Complaint, Casaretto Defendants neither admit or deny the legal statements, but deny that they have violated the statutes referenced.

28. As to paragraph 28 of the Complaint, Casaretto Defendants deny plaintiff has been damaged, and deny plaintiff is entitled to the relief requested or any relief.

29. As to paragraph 29 of the Complaint, Casaretto Defendants incorporate their response to paragraphs one through 28.

30. As to paragraphs 30 through 38 of the Complaint, Casaretto Defendants neither admit nor deny the legal statements, but deny that they have violated any laws or regulations,

4

ANSWER (CASARETTO DEFENDANTS)

deny that they have wrongfully acted or failed to act, deny that they have failed to provide access to plaintiff and/or others as required by law, deny that they have discriminated against plaintiff and/or others, and deny plaintiff has been damaged, and deny that plaintiff is entitled to the relief requested or any relief.

31.  As to paragraphs 39 and 40 of the Complaint, and the Prayer, Casaretto Defendants lack sufficient information or belief so as to admit or deny that plaintiff is a qualified person as alleged and on that basis deny the same, and deny that they have committed any acts entitling plaintiff to damages of any kind or nature, or the relief requested or any relief.

Affirmative Defenses

1.  The Complaint and every cause of action recited therein, fails to state a cause of action against these answering defendants.

2.  The Complaint and every cause of action recited therein, is or may be time barred as to these answering defendants.

Wherefore, Casaretto Defendants pray:

1.  Plaintiff take nothing by the Complaint;

2.  The Complaint be dismissed;

3.  For an award of attorneys fees and costs;

4.  For such other and further relief as may be just and proper.

DATED: November 7, 2007            HARTNETT, SMITH & ASSOCIATES

                                   By: _____
                                   James H. Hartnett, Attorneys for
                                   Defendants Eugene J. and Barbara Casaretto
                                   As Trustees of the Eugene and Barbara Casaretto
                                   Trust and the Eugene J. and Barbara Casaretto Trust

5

ANSWER (CASARETTO DEFENDANTS)

1  DEMAND FOR JURY TRIAL

2      Defendants hereby demand a jury for all claims for which a jury is permitted.

5  DATED: November 7, 2007        HARTNETT, SMITH & ASSOCIATES

7                                   By: _____

8                                    James H. Hartnett, Attorneys for
Defendants Eugene J. and Barbara Casaretto
As Trustees of the Eugene and Barbara Casaretto
Trust and the Eugene J. and Barbara Casaretto Trust

PROOF OF SERVICE

I, Michauxnee Olier, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

On November 7, 2007 I served the within: ANSWER on all interested parties in said cause, by delivering a true copy as follows:

__XXXX__      **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with first-class postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California. Each envelope was addressed as follows:

Paul L. Rein
Law Offices of Paul L. Rein
200 Lakeside Drive, Ste. A
Oakland, CA  94612


Manuel Rivas, Jr. Esq.
Friedland, Rivas & Associates
225 Bush Street, 16th Floor
San Francisco, CA  94104

ANSWER (CASARETTO DEFENDANTS)

PROOF OF SERVICE

I, Michauxnee Olier, declare that I am employed in the County of San Mateo in the State of California. I am over the age of eighteen years and not a party to the within cause. My business address is 777 Marshall Street, Redwood City, California.

On November 7, 2007 I served the within: ANSWER on all interested parties in said cause, by delivering a true copy as follows:

__XXXX__    **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with first-class postage thereon fully prepaid. I deposited said envelope in the United States mail at Redwood City, California. Each envelope was addressed as follows:

Paul L. Rein
Law Offices of Paul L. Rein
200 Lakeside Drive, Ste. A
Oakland, CA 94612

Manuel Rivas, Jr. Esq.
Friedland, Rivas & Associates
225 Bush Street, 16th Floor
San Francisco, CA 94104

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on November 7, 2007 at Redwood City, California.

_____
Michauxnee Olier

7

ANSWER (CASARETTO DEFENDANTS)