PAUL L. REIN, Esq., (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
ANN WINTERMAN, Esq. (SBN 222257)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
ANDI MILLARD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDI MILLARD,<br><br>    Plaintiff,<br><br>v.<br><br>CHINA CHEF RESTAURANT, ANNA TIEN, HELEN PANT, JOHN TANG, ZHANG SIMING, dba CHINA CHEF RESTAURANT; EUGENE J. AND BARBARA CASARETTO TRUST; TRUSTEES of the EUGENE J. AND BARBARA CASARETTO TRUST; and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C07-04602 JCS<br><u>Civil Rights</u><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated: November 8, 2007

PAUL L. REIN
JULIE A. OSTIL
ANN WINTERMAN
LAW OFFICES OF PAUL L. REIN

*[signature]*

Attorneys for Plaintiff
ANDI MILLARD

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-04602 JCS                      -1-        S:\SLR\CHINA CHEF\PLEADINGS\Cert of Interested Entities.wpd