MANUEL RIVAS, JR., Bar No. 161236
FRIEDLAND, RIVAS & ASSOCIATES
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone No.: (415) 439-8874
Facsimile No.: (415) 366-2208


Attorneys for Defendants,
CHINA CHEF RESTAURANT, JOHN TANG,
HELEN TANG (erroneously sued
as HELEN PANT), and ZHANG SIMING


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDI MILLARD, <br><br>  Plaintiff, <br><br> vs. <br><br> CHINA CHEF RESTAURANT, ANNA TIEN, HELEN PANT, JOHN TANG, ZHANG SIMING, dba CHINA CHEF RESTAURANT; EUGENE J. AND BARBARA CASARETTO TRUST; EUGENE CASARETTO and BARBARA CASARETTO, TRUSTEES of the EUGENE J. AND BARBARA CASARETTO TRUST; and DOES 1 - 10, Inclusive, <br><br>  Defendants. | Case No. C07-04602 JCS <br><br> STIPULATION GRANTING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT |

Pursuant to the Local Rules of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between Plaintiff ANDI MILLARD, on the one side, and Defendants CHINA CHEF RESTAURANT, JOHN TANG, HELEN TANG, and ZHANG SIMING on the other side, through their respective attorneys,

---
Stipulation Granting
Extension Of Time For
Defendants To Answer
Plaintiff's Complaint              1

that Defendants CHINA CHEF RESTAURANT, JOHN TANG, HELEN TANG and ZHANG SIMING will have to and including November 7, 2007 in which to serve Plaintiff ANDI MILLARD with their Answer to Plaintiff's Complaint.

Dated: October 31, 2007        BY:        /s/
                                    PAUL L. REIN, Attorney
                                    for Plaintiff, ANDI
                                    MILLARD


Dated: November 7, 2007        BY:        /s/
                                    MANUEL RIVAS, JR., Attorney
                                    for Defendants, CHINA CHEF
                                    RESTAURANT, JOHN TANG,
                                    HELEN TANG, and ZHANG
                                    SIMING

Dated: 11/13/07



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Stipulation Granting
Extension Of Time For
Defendants To Answer
Plaintiff's Complaint         2

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

_____
Stipulation Granting
Extension Of Time For
Defendants To Answer
Plaintiff's Complaint            3