MANUEL RIVAS, JR., Bar No. 161236
FRIEDLAND, RIVAS & ASSOCIATES
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone No.: (415) 439-8874
Facsimile No.: (415) 366-2208


Attorneys for Defendants,
CHINA CHEF RESTAURANT, JOHN TANG,
HELEN TANG (erroneously sued
as HELEN PANT), and ZHANG SIMING


IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDI MILLARD, | Case No. C07-04602 JCS |
| Plaintiff, | CONSENT TO PROCEED BEFORE A |
| vs. | UNITED STATES MAGISTRATE JUDGE |
| CHINA CHEF RESTAURANT, ANNA TIEN, HELEN PANT, JOHN TANG, ZHANG SIMING, dba CHINA CHEF RESTAURANT; EUGENE J. AND BARBARA CASARETTO TRUST; EUGENE CASARETTO and BARBARA CASARETTO, TRUSTEES of the EUGENE J. AND BARBARA CASARETTO TRUST; and DOES 1 – 10, Inclusive, | |
| Defendants. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C.

Section 636 c), the undersigned party in the above-captioned

civil matter hereby voluntarily consents to have a United States

Magistrate Judge conduct any and all further proceedings in the

case, including trial, and order the entry of a final judgment.

_____
Consent To Proceed Before A
United States Magistrate Judge   1

Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 20, 2007        FRIEDLAND, RIVAS & ASSOCIATES


                                    /s/
                        _____
                        MANUEL RIVAS, JR., Attorney
                        for Defendants, CHINA CHEF
                        RESTAURANT, JOHN TANG,
                        HELEN TANG (erroneously sued
                        as HELEN PANT), and ZHANG SIMING

_____
Consent To Proceed Before A
United States Magistrate Judge  2