MANUEL RIVAS, JR., Bar No. 161236
FRIEDLAND, RIVAS & ASSOCIATES
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone No.: (415) 439-8874
Facsimile No.: (415) 366-2208


Attorneys for Defendants,
CHINA CHEF RESTAURANT, JOHN TANG,
HELEN TANG (erroneously sued
as HELEN PANT), and ZHANG SIMING


IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDI MILLARD,                          ) | Case No. C07-04602 JCS |
|                                ) | |
|       Plaintiff,               ) | CERTIFICATION OF INTERESTED |
|                                ) | ENTITIES OR PERSONS |
|   vs.                                   ) | |
|                                ) | |
| CHINA CHEF RESTAURANT, ANNA   ) | |
| TIEN, HELEN PANT, JOHN TANG,  ) | |
| ZHANG SIMING, dba CHINA CHEF  ) | |
| RESTAURANT; EUGENE J. AND     ) | |
| BARBARA CASARETTO TRUST;      ) | |
| EUGENE CASARETTO and BARBARA  ) | |
| CASARETTO, TRUSTEES of the    ) | |
| EUGENE J. AND BARBARA         ) | |
| CASARETTO TRUST; and DOES 1 - ) | |
| 10, Inclusive,                ) | |
|                                ) | |
|       _____Defendants.        ) | |
| _____) | |

     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such

//

//

//

//

_____
Certification Of Interested
Entities Or Persons        1

interest to report.

Dated: November 20, 2007         FRIEDLAND, RIVAS & ASSOCIATES

                                 _____/s/_____
                                 MANUEL RIVAS, JR., Attorney
                                 for Defendants, CHINA CHEF
                                 RESTAURANT, JOHN TANG,
                                 HELEN TANG (erroneously sued
                                 as HELEN PANT), and ZHANG SIMING