James H. Hartnett, Esq., SBN 84587
Charles J. Smith, Esq., SBN 72700
HARTNETT, SMITH & ASSOCIATES
777 Marshall Street
Redwood City, CA 94063-1818
Telephone: (650) 568-2820
Facsimile: (650) 568-2823

Defendants Eugene and Barbara Casaretto
As Trustees of the Eugene and Barbara Casaretto Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDI MILLARD,

    Plaintiff(s),

    v.

CHINA CHEF RESTURANTE; ET AL.

    Defendant(s).

No. C 07-04602

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 13, 2007

Signature: _/s/ Jim Hartnett_

Counsel for Casaretto Defendants
(Plaintiff, Defendant or indicate "pro se")