UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Andi Millard

                     Plaintiff(s),

v.

China Chef Restaurant et al.

                     Defendant(s).         /

CASE NO.  C07-4602 JCS

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

Plaintiff reports that the joint site inspection occurred on December 14, 2007. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: February 5, 2008

*[signature]*
Attorney for Plaintiff

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."