# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Millard,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Tien,<br><br>            Defendant(s). | 07-04602 JCS MED<br><br>**AMENDED Notice Vacating Appointment of Mediator and Appointment of New Mediator** |

TO COUNSEL OF RECORD:

The appointment of Daniel Bowling to serve as the Mediator in this matter is vacated. The new mediator appointed to this matter is:

**Robin W. Siefkin**
US District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
415-522-4636
Robin_Siefkin@cand.uscourts.gov

Dated: March 5, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator and Appointment of New Mediator**
07-04602 JCS MED