**FILED**

JUN 1 0 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Millard,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Tien,<br><br>            Defendant(s). | No. C 07-04602 JCS MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) ____6/9/08____

2.  Did the case settle?    ☐ fully    ☒ partially    ☐ no

3.  If the case did not settle fully, is any follow-up contemplated?
    ☒ another session scheduled for (date) ____7/8/08____
    ☐ phone discussions expected by (date) _____
    ☐ no

4.  **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: __6/9/08__        _____/s/ Robin W. Dieffkin_____
                        Mediator, ~~Daniel Bowling~~ Robin W. Dieffkin
                        US District Court - ADR Unit
                        450 Golden Gate Ave., 16th Fl.
                        San Francisco, CA 94102

**Certification of ADR Session**
07-04602 JCS MED