**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Millard,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Tien,<br><br>　　　　Defendant(s). | No. C 07-04602 JCS MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a Further Mediation session on (date) 7/8/08

2. Did the case settle?　☑ fully　☐ partially　☐ no

3. If the case did not settle fully, is any follow-up contemplated?

　☐ another session scheduled for (date) _____

　☐ phone discussions expected by (date) _____

　☑ no

4. IS THIS ADR PROCESS COMPLETED?　☑ YES　☐ NO

Dated: 7/16/08

Mediator, Robin W. Siefkin
US District Court - ADR Program
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102 3426

**Certification of ADR Session**
07-04602 JCS MED