1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE A. OSTIL, Esq. (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Dr., Suite A
3  Oakland, CA 94612
   (510) 832-5001
4
   Attorney for Plaintiff:
5  ANDI MILLARD

6  JAMES HARTNETT, Esq. (SBN 84587)
   HARTNETT, SMITH & ASSOCIATES
7  777 Marshall St.
   Redwood City, CA 94063
8  (650) 568-2820

9  Attorney for Defendants
10 EUGENE AND BARBARA CASARETTO AS
   TRUSTEES OF THE CASARETTO TRUST

11 MANUEL RIVAS, JR., Esq. (SBN 161236)
12 FRIEDLAND, RIVAS & ASSOCIATES
   225 Bush Street, 16th Floor
13 San Francisco, CA 94104
   (415) 439-8874
14
   Attorney for Defendants
15 CHINA CHEF RESTAURANT, JOHN TANG, HELEN
   TANG, AND ZHANG SIMING
16
                    UNITED STATES DISTRICT COURT
17                  NORTHERN DISTRICT OF CALIFORNIA

18
   ANDI MILLARD,                          CASE NO. C 07-04602 JCS
19                                        Civil Rights
        Plaintiff,
20
   v.                                     **STIPULATION FOR DISMISSAL OF**
21                                        **DEFENDANT ANNA TIEN ONLY**
   CHINA CHEF RESTAURANT; ANNA
22 TIEN; HELEN TANG; JOHN TANG;
   ZHANG SIMING, dba CHINA CHEF
23 RESTAURANT; EUGENE J. AND
   BARBARA CASARETTO TRUST;
24 EUGENE CASARETTO and
   BARBARA CASARETTO, TRUSTEES
25 of the EUGENE J. AND BARBARA
   CASARETTO TRUST; and DOES 1-
26 10, Inclusive,

27      Defendants.
28 _____

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation to Dismiss Anna Tien:**
**Case No. C07-4602 JCS**                                   — 1 —
                                        s:\jo\cases\c\china chef\pleadings\stip for dismissal of anna tien.doc

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and through their respective attorneys of record, plaintiff ANDI MILLARD, defendants CHINA CHEF RESTAURANT; HELEN TANG; JOHN TANG; ZHANG SIMING, dba CHINA CHEF RESTAURANT; EUGENE J. AND BARBARA CASARETTO TRUST; EUGENE CASARETTO and BARBARA CASARETTO, TRUSTEES of the EUGENE J. AND BARBARA CASARETTO TRUST hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendant ANNA TIEN <u>only</u>.

Dated: July 16, 2008          PAUL L. REIN
                              JULIE A. OSTIL
                              LAW OFFICES OF PAUL L. REIN

                              ____/s/ Julie Ostil_____
                              Attorneys for Plaintiff
                              ANDI MILLARD

Dated: July 18, 2008          JAMES HARTNETT
                              HARTNETT, SMITH & ASSOCIATES

                              ____/s/ James Hartnett_____
                              Attorney for Defendants EUGENE AND
                              BARBARA CASARETTO AS TRUSTEES OF
                              THE CASARETTO TRUST

Dated: July 18, 2008          MANUEL RIVAS
                              FRIEDLAND, RIVAS & ASSOCIATES

                              ____/s/ Manuel Rivas_____
                              Attorney for Defendants CHINA CHEF
                              RESTAURANT, JOHN TANG, HELEN TANG,
                              AND ZHANG SIMING

**Stipulation to Dismiss Anna Tien:**
**Case No. C07-4602 JCS**                          — 2 —

s:\jo\cases\c\china chef\pleadings\stip for dismissal of anna tien.doc